[Dkt. No. 5]

# THE BEASLEY FIRM, LLC
## ATTORNEYS AT LAW

LOUIS F. TUMOLO, ESQUIRE
LOUIS.TUMOLO@BEASLEYFIRM.COM
215.931.2634

ADMITTED TO PRACTICE:
 PENNSYLVANIA
 NEW JERSEY



THE BEASLEY BUILDING
1125 WALNUT STREET
PHILADELPHIA, PA 19107.4997
215.592.1000
888.823.5291
FAX: 215.592.8360
WWW.BEASLEYFIRM.COM

NEW JERSEY OFFICE
1949 BERLIN ROAD
SUITE 100
CHERRY HILL, NJ 08003
856.354.0755
FAX: 856.673.0060

28 June 2019

Chambers of The Honorable Renee Marie Bumb
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Room 6050
Camden, NJ 08101

**SO ORDERED this 27th day of August 20 19**



**United States District Judge**

Re: *Nastasi v. Panico's Secondo Restaurant, et al.*
Case No: 1:19-cv-12427-RMB-JS

Dear Judge Bumb:

We represent the Plaintiffs in the above-captioned matter.

In light of the filing of Plaintiff's Amended Complaint, the Motion for Entry of Default against Defendant Panico's Secondo Restaurant may be marked as moot.

We appreciate the Court's kind attention to this matter.

Respectfully submitted,

**THE BEASLEY FIRM, LLC**

*/s/ Louis F. Tumolo*
**LOUIS F. TUMOLO, ESQUIRE**

LFT/ra

CC: Rosemarie DiMeo, Esquire/ Christopher J. O'Connell, Esquire (via e-mail)